IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00163-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAYMOND DAVIS LINDLEY,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the change of plea hearing in this matter is re-set for **July 7, 2010 at 8:00 a.m.**

    DATED June 14, 2010.