IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00163-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAYMOND DAVIS LINDLEY,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Due to a conflict in the Court's calendar, it is

    **ORDERED** that the change of plea hearing set for **August 3, 2010 at 2:30 p.m.** is RESCHEDULED for **August 3, 2010 at <u>3:30</u> p.m.**

    DATED July 7, 2010.